IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. ALEXANDER ACOSTA,<br>*Secretary of Labor*,<br><br>        Plaintiff,<br><br>    v.<br><br>WPN CORPORATION, RONALD LABOW, SEVERSTAL WHEELING, INC. RETIREMENT COMMITTEE, MICHAEL DICLEMENTE, DENNIS HALPIN, WHEELING CORRUGATING COMPANY RETIREMENT SECURITY PLAN, and SALARIED EMPLOYEES' PENSION PLAN OF SEVERSTAL WHEELING, INC.,<br><br>        Defendants. | Civil Action No. 14-1494<br><br>District Judge Nora Barry Fischer |

### STATUS CONFERENCE

Before Judge Nora Barry Fischer

John M. Strawn, Esq.
Appearing for Plaintiff

Charles Kelly, Esq.
Appearing for Defendants

Michael J. Joyce, Esq.
Appearing for Defendants

Daniel Colbrinik, Esq.
Appearing (Telephonically) for Defendants

Hearing Begun:          7/5/2017 at 3:00 p.m.        Hearing Adjourned:   N/A
Hearing Concluded:   7/5/2017 at 3:30 p.m.        Court Reporter:          N/A
                                                                               Law Clerk:                  E. Knaus

The Court convened a status conference following the filing of its Memorandum Opinion of June 7, 2017 [144], disposing of the Motion to Dismiss/ Motion for Summary Judgment [124] filed by Defendants Severstal Wheeling, Inc. Retirement Committee, Michael DiClemente, and Dennis

Halpin.  Lead counsel for the parties discussed the health of Defendant Ronald Labow, the timeline for deposition of Defendant Labow, the status of Defendant Labow's assets, depositions and written discovery which remain to be completed, expert discovery, and potential summary judgment practice.  Counsel also remarked that any further attempts at negotiating a settlement would be most effective after the close of fact discovery.

Counsel for the parties declined the presence of a court reporter.