# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

---

R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,

    Plaintiff,

v.

WPN CORPORATION, RONALD LABOW, SEVERSTAL WHEELING, INC. RETIREMENT COMMITTEE, MICHAEL DICLEMENTE, DENNIS HALPIN, WHEELING CORRUGATING COMPANY RETIREMENT SECURITY PLAN, and SALARIED EMPLOYEES' PENSION PLAN OF SEVERSTAL WHEELING, INC.,

    Defendants.

---

Case No. 2:14-cv-01494-NBF

## SECRETARY'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS SEVERSTAL WHEELING, INC. RETIREMENT COMMITTEE, MICHAEL DICLEMENTE, AND DENNIS HALPIN

Plaintiff, R. Alexander Acosta, Secretary of Labor, United States Department of Labor, ("Secretary"), through his attorneys, hereby files this Motion for Summary Judgment Against Defendants Severstal Wheeling, Inc. Retirement Committee ("Retirement Committee"), Michael DiClemente, and Dennis Halpin. For the reasons fully set forth in the accompanying memorandum of law and supporting documents, the Secretary is entitled to judgment against the Defendants.

WHEREFORE, the Secretary requests that his motion be granted.

        Respectfully submitted,

        KATE S. O'SCANNLAIN
        Solicitor of Labor

        OSCAR L. HAMPTON III
        Regional Solicitor

        /s/ John M. Strawn
        Attorney, PA ID # 49789
        Katrina T. Liu
        Attorney, PA ID # 318630
        Office of the Solicitor
        Suite 630 East, The Curtis Center
        170 South Independence Mall West
        Philadelphia, PA 19106-3306
        Telephone No. (215) 861-5145
        Facsimile No. (215) 861-5162
        strawn.john@dol.gov
        liu.katrina.t@dol.gov
        zzsol-phi-docket@dol.gov

        U.S. DEPARTMENT OF LABOR

        SCOTT W. BRADY
        United States Attorney

        /s/ Paul E. Skirtich
        Assistant United States Attorney
        PA ID # 30440
        U.S. Department of Justice
        United States Attorney's Office
        700 Grant Street, Suite 400
        Pittsburgh, PA 15219
        paul.skirtich@usdoj.gov

        Attorneys for Plaintiff

        September 25, 2018