# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------

R. ALEXANDER ACOSTA, SECRETARY OF       :
LABOR, UNITED STATES DEPARTMENT OF
LABOR,                                                            :

                Plaintiff,                  :

                                    Case No. 2:14-cv-01494-NBF

           v.                                          :

WPN CORPORATION, RONALD LABOW,          :
SEVERSTAL WHEELING, INC. RETIREMENT
COMMITTEE, MICHAEL DICLEMENTE,          :
DENNIS HALPIN, WHEELING
CORRUGATING COMPANY RETIREMENT          :
SECURITY PLAN, and SALARIED
EMPLOYEES' PENSION PLAN OF              :
SEVERSTAL WHEELING, INC.,

                           :

                Defendants.

---------------------------------------------------------------

## SECRETARY'S APPENDIX OF EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS SEVERSTAL WHEELING, INC. RETIREMENT COMMITTEE, MICHAEL DICLEMENTE, AND DENNIS HALPIN

1. *Severstal Wheeling, Inc. Retirement Committee v. WPN Corp.*, 119 F. Supp. 3d 240 (S.D.N.Y. 2015) ("*Severstal I*").

2. *Severstal Wheeling, Inc. Retirement Committee v. WPN Corp.,* 659 F. App'x 24 (2nd Cir. 2016) ("*Severstal II*").

3. Plan Document for the Wheeling Corrugating Company Retirement Security Plan (excerpts).

4. Plan Document for the Salaried Employees' Pension Plan of Severstal Wheeling, Inc. (excerpts).

5. Form 5500 reports for 2008 and 2009 for the Wheeling Corrugating Company Retirement Security Plan and the Salaried Employees' Pension Plan of Severstal Wheeling, Inc. (excerpts).

6. Expert Report of Dr. Susan Mangiero, December 11, 2017.

7. Ronald LaBow Deposition, September 21, 2017.

8.  Ronald LaBow Deposition, September 22, 2017.

9.  Ronald LaBow Combined Deposition Exhibits (Sans No. 8).

10. Michael DiClemente Deposition, October 28, 2010.

11. Michael DiClemente Deposition, September 26, 2017.

12. Michael DiClemente Deposition, September 26, 2017 Exhibits.

13. Dennis Halpin Deposition, September 27, 2017.

14. Dennis Halpin Deposition, September 27, 2017 Exhibits.

Respectfully submitted,

KATE S. O'SCANNLAIN
Solicitor of Labor

OSCAR L. HAMPTON III
Regional Solicitor

JODEEN M. HOBBS
Regional Counsel for ERISA

/s/ John M. Strawn
Attorney, PA ID # 49789

Katrina T. Liu
Attorney, PA ID # 318630

Office of the Solicitor
Suite 630 East, The Curtis Center
170 South Independence Mall West
Philadelphia, PA 19106-3306
Telephone No. (215) 861-5145
Facsimile No. (215) 861-5162
strawn.john@dol.gov
zzsol-phi-docket@dol.gov

U.S. DEPARTMENT OF LABOR

SCOTT W. BRADY
United States Attorney

/s/ Paul E. Skirtich
Assistant United States Attorney
PA ID # 30440
U.S. Department of Justice
United States Attorney's Office
700 Grant Street, Suite 400
Pittsburgh, PA 15219
paul.skirtich@usdoj.gov

Attorneys for Plaintiff

September 25, 2018