**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

----------------------------------------------------------------

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | : |
| | : |
| Plaintiff, | : |
| | : Case No. 2:14-cv-01494-NBF |
| v. | : |
| | : |
| WPN CORPORATION, RONALD LABOW, SEVERSTAL WHEELING, INC. RETIREMENT COMMITTEE, MICHAEL DICLEMENTE, DENNIS HALPIN, WHEELING CORRUGATING COMPANY RETIREMENT SECURITY PLAN, and SALARIED EMPLOYEES' PENSION PLAN OF SEVERSTAL WHEELING, INC., | : |
| | : |
| | : |
| | : |
| | : |
| Defendants. | : |

----------------------------------------------------------------

## <u>ORDER</u>

Upon consideration of Plaintiff's Motion for Summary Judgment Against Defendants Severstal Wheeling, Inc, Retirement Committee, Michael DiClemente, and Dennis Halpin, and any response thereto, and good cause having been shown therefor, it is hereby ORDERED that Plaintiff's Motion is GRANTED.  Defendants Severstal Wheeling, Inc, Retirement Committee, Michael DiClemente, and Dennis Halpin are jointly and severally liable to pay to the Wheeling Corrugating Company Retirement Security Plan and the Salaried Employees' Pension Plan of Severstal Wheeling, Inc. $7,823,373 within thirty (30) days of the date of this Order.


Date: _____          _____
                                 Nora Barry Fischer
                                 United States District Judge