UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

---

R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,

    Plaintiff,

v.

WPN CORPORATION, RONALD LABOW, SEVERSTAL WHEELING, INC. RETIREMENT COMMITTEE, MICHAEL DICLEMENTE, DENNIS HALPIN, WHEELING CORRUGATING COMPANY RETIREMENT SECURITY PLAN, and SALARIED EMPLOYEES' PENSION PLAN OF SEVERSTAL WHEELING, INC.,

    Defendants.

Case No. 2:14-cv-01494-NBF

---

## **ORDER**

Upon consideration of Plaintiff's Motion for Summary Judgment Against Defendants WPN Corporation and Ronald LaBow, and any response thereto, and good cause having been shown therefor, it is hereby ORDERED that Plaintiff's Motion is GRANTED. Defendants WPN Corporation and Ronald LaBow are jointly and severally liable to pay to the Wheeling Corrugating Company Retirement Security Plan and the Salaried Employees' Pension Plan of Severstal Wheeling, Inc. $7,823,373 within thirty (30) days of the date of this Order.

Date: _____     _____
                                               Nora Barry Fischer
                                               United States District Judge